# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CRIMINAL NO. 05-30072-003-GPM |
| | ) |
| **MARLON BARNABY,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

On February 27, 2006, a Judgment and Commitment Order was entered as to Defendant Marlon Barnaby. The Special Conditions of Supervision section on Page 4 of the Order erroneously states that Defendant shall not re-enter the United States from ***Mexico*** upon removal or deportation from the United States, when he is actually a citizen of Jamaica. Therefore, the Judgment is **AMENDED** to indicate Defendant's homeland is Jamaica, not Mexico.

**IT IS SO ORDERED.**

DATED: February 24, 2006

                                                     S/G. Patrick Murphy
                                                    G. PATRICK MURPHY
                                                    Chief United States District Judge